UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-844 (PAM/JGL)

GREGORY L. DAVIS,

Plaintiff,

v.

**PRETRIAL ORDER**

UNITED RENTALS, INC.,

Defendant.

Pursuant to Rule 16, Fed.R.Civ.P., the following schedule shall control pre-trial proceedings in this case:

1. Estimated length of trial is one week;

2. All motions which seek to amend any pleading or to add any parties must be filed prior to December 1, 2001;

3. All parties shall disclose all expert witnesses, including reports, by March 1, 2002;

4. The period during which the parties may seek non-expert discovery shall be completed by March 1, 2002;

5. All non-dispositive motions, specifically those which relate to discovery and the discovery period, must be filed prior to March 1, 2002;

6. Until further notice, all dispositive motions must be noticed, served and filed, in accordance with the local rules, prior to April 1, 2002; and

7. This case will be considered "ready for trial" as of April 1, 2002.

DATED: October 16, 2001

JONATHAN LEBEDOFF
United States Magistrate Judge

Filed OCT 17 2001
Richard D. Sletten, Clerk
Judgment Entd.________
Deputy Clerk________