421401

RECEIVED

# UNITED STATES DISTRICT COURT

## District of Minnesota

02 JAN -7 PM 12:33

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01CV0844PAM/JGL Case Title: Gregory L. Davis v. United Rentals, Inc.

**Affidavit of Movant**

I, John D. Bessler, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Mark Smith, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant United Rentals, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] Signature | 218418 MN Attorney License # | January 3, 2002 Date

**Affidavit of Proposed Admittee**

I, Mark J. Smith, am currently a member in good standing of the U.S. District Court for the Northern District of Illinois, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Mark J. Smith Type/Print Name | [signature] Signature | 1/4/02 Date

Attorney License Number: 6207679

Law Firm Name & Address: Lowis & Gellen
200 W. Adams STE 1900
Chicago, IL 60606

Telephone: (312) 456-8778

Motion Granted: [signature] 1/11
For the Court: Richard D. Sletten, Clerk

JAN 08 2002
Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________