421401

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

RECEIVED
02 JAN -7 PM 12:
CLERK U.S. DISTRICT COURT
MINNEAPOLIS, MN

## MOTION FOR ADMISSION PRO HAC VICE

Case Number: 01CV0844PAM/JGL Case Title: Gregory L. Davis v. United Rentals, Inc.

**Affidavit of Movant**

I, John D. Bessler, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Amy Tecu, an attorney admitted to practice in the Northern District of Illinois, but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (X)defendant United Rentals, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

[signature] 218418 January 3, 2002
Signature MN Attorney License # Date

**Affidavit of Proposed Admittee**

I, AMY TECU, am currently a member in good standing of the U.S. District Court for the NORTHERN District of ILLINOIS, but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

AMY TECU [signature] 1-4-02
Type/Print Name Signature Date

Attorney License Number: 32517 (firm #). Have not bar issued personal attny # yet — I am a new admittee to IL bar

Law Firm Name & Address: LOWIS + GELLEN
200 W. ADAMS STE 1900
CHICAGO, IL 60606

Telephone: (312) 364-2500

Motion Granted: [signature] /lf JAN 08 2002
For the Court: Richard D. Sletten, Clerk Date

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 08 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______