**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gregory L. Davis,

Plaintiff,

Civil 01-844 PAM/JGL

v.

**ORDER OF DISMISSAL**

United Rentals, Inc.,

Defendant.

---

The court having been advised that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, without prejudice, the court reserving jurisdiction for sixty (60) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment.

Dated: January 23, 2002

**PAUL A. MAGNUSON, JUDGE**
**United States District Court**

FILED JAN 2 3 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK