**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
FOURTH DIVISION**

Gregory L. Davis,

Plaintiff,

v.

United Rentals, Inc.,
a Connecticut Corporation,

Defendant.

CV. 01-844 PAM/JGL

**STIPULATION OF DISMISSAL WITH PREJUDICE**
AND ORDER

The above entitled action, having been fully compromised and settled:

IT IS HEREBY STIPULATED, by and between the parties, through their respective undersigned attorneys, that the same may be and hereby is, dismissed on its merits and with prejudice and without costs and disbursements to any of the parties.

IT IS FURTHER STIPULATED, that without further notice to the Clerk of the above Court may enter a judgment of dismissal with prejudice and upon the merits and without costs or disbursements to either of the parties.

Dated: February 13, 2002

REICHERT, WENNER, KOCH
& PROVINZINO, P.A.

John R. Koch
Attorney for Plaintiff
501 St. Germain
P.O. Box 1556
St. Cloud, MN 56302
(320) 252-7600
Atty. Reg. No. 57228

Dated: February 18, 2002

LOWIS & GELLEN
ATTORNEYS AT LAW

Amy Tecu
Attorney for Defendant
200 West Adams Street
Suite 1900
Chicago, IL 60606
(312) 364-2500
IL Atty. Reg. No. 6276037

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 19 2002
DEPUTY CLERK

## ORDER FOR JUDGMENT

Pursuant to the foregoing stipulation of dismissal and on motion of both parties,

IT IS ORDERED that Judgment be entered dismissing the above-entitled cause of action with prejudice and on the merits and without costs or disbursements to any party.

Dated: February 19, 2002

BY THE COURT:

Paul A. Magnuson
Judge of United States District Court

## JUDGMENT

Pursuant to the foregoing order for judgment:

IT IS ADJUDGED, that the above entitled action is hereby dismissed with prejudice and on the merits and without costs or disbursements to either party.

Dated: ____________, 2002

RICHARD D. SLETTEN
CLERK OF UNITED STATES DISTRICT COURT:

By____________________
Deputy